UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA ALLEN *et al.*, | Civil No. 10cv141-L(CAB) |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION TO REMAND ACTION TO STATE COURT** |
| v. | |
| ELI LILLY AND COMPANY, *et al.*, | |
| Defendants. | |

Pursuant to Civil Local Rule 7.2, the parties' stipulation to remand this action to the San Diego County Superior Court is approved, and their joint motion to remand the action is **GRANTED**. Accordingly, this action is hereby **REMANDED** to San Diego County Superior Court.

**IT IS SO ORDERED.**

DATED: April 11, 2011

_____
M. James Lorenz
United States District Court Judge

10cv141